UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.   5:23-cv-00738-SVW-SSC          Date: August 4, 2023

Title:        *Carlos Antonio Mendoza v. John Sutton*

---

Present: <u>The Honorable STEPHEN V. WILSON, U.S. District Judge</u>

| <u>Paul Cruz</u> | <u>Not Reported</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

    All parties instituting a habeas action in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the fee only if the party is granted leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1); Rule 3(a), 28 U.S.C. foll. § 2254.

    On April 26, 2023, Petitioner filed a federal habeas petition, and on June 1, 2023, he filed a request to proceed *in forma pauperis* ("Request"). Dkts. 1, 5. On June 20, 2023, the Court postponed ruling on the Request because it was incomplete and directed Petitioner to refile his Request with the missing information or pay the $5 filing fee. Dkt. 6. The Court warned that if Petitioner did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

    To date, Petitioner has not refiled his Request, paid the filing fee, or otherwise responded to the Court's order requiring him to do either. Accordingly, this action is DISMISSED without prejudice. *See, e.g., Dumphy v. CDC*, 2008 WL 4344767, at *1 (S.D. Cal. Sept. 23, 2008) (federal court cannot proceed on habeas

---

Case 5:23-cv-00738-SVW-SSC   Document 9   Filed 08/04/23   Page 2 of 2   Page ID #:41

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:23-cv-00738-SVW-SSC                                    Date: August 4, 2023

Title:         *Carlos Antonio Mendoza v. John Sutton*

petition until petitioner has paid fee or qualified for *in forma pauperis* status, and properly dismisses action without prejudice if petitioner fails to do either).

    IT IS SO ORDERED.